PDANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FRANCISCO JOE AURORA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO JOE AURORA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:06-cr-0414 LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON <br><br> Date: June 22, 2007 <br> Time: 9:00 a.m. <br> Dept : Hon Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for April 27, 2007, may be continued to **June 22, 2007 at 9:00 a.m.**

The continuance sought is at the request of defense counsel for ongoing defense preparation, plea negotiations, and continuity of counsel.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

///

///

preparation pursuant to 18 U.S.C. §3161(h)(8)(A).
Stipulation to Continue Status Conference

1  DATED: April 24, 2007   McGREGOR W. SCOTT
2  United States Attorney

3
4  /s/ David L. Gappa
   DAVID L. GAPPA
   Assistant U.S. Attorney
5  Attorney for Plaintiff

6
7
   DATED: April 24, 2007   DANIEL J. BRODERICK
8  Federal Defender

9
10  /s/ Carrie S. Leonetti
    CARRIE S. LEONETTI
11  Assistant Federal Defender
    Attorney for Defendant

12
13
14 THE COURT HAS REVIEWED THE STIPULATION, AND FOR THE REASONS STATED
15 THEREIN, THE COURT FINDS GOOD CAUSE FOR THE CONTINUANCE AND THE EXCLUSION
16 OF TIME.  THE MATTER IS CONTINUED TO JUNE 22, 2007 AT 9 A.M..   AT THAT TIME, DUE
17 TO THE LENGTH OF TIME FOR WHICH THE CONTINUANCE IS GIVEN, COUNSEL NEED TO
18 BE PREPARED EITHER TO RESOLVE THE CASE OR SET A TRIAL DATE.

25 IT IS SO ORDERED.
26 **Dated:   April 25, 2007**          /s/ Lawrence J. O'Neill
27                                      UNITED STATES DISTRICT JUDGE
28

Appearance and Change in Designation of Counsel