PDANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FRANCISCO JOE AURORA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:06-cr-0414 LJO |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE STATUS |
| v. ) | CONFERENCE AND  ORDER THEREON |
| ) | |
| FRANCISCO JOE AURORA, ) | Date:   July 13, 2007 |
| ) | Time:   9:00 a.m. |
| Defendant. ) | Dept :  Hon Lawrence J. O'Neill |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through  their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for June 22, 2007,  may be continued to **July 13, 2007 at 9:00 a.m.**

   The continuance sought is to allow for receipt of a written plea offer from the Government; and on-going  plea negotiations.

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

///

///

preparation pursuant to 18 U.S.C. §3161(h)(8)(A).
Stipulation to Continue Status Conference

DATED:  June 20, 2007                McGREGOR W. SCOTT
                                     United States Attorney


                                     /s/ David L. Gappa
                                     DAVID L. GAPPA
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


DATED:  June 20, 2007                DANIEL J. BRODERICK
                                     Federal Defender


                                     /s/ Carrie S. Leonetti
                                     CARRIE S. LEONETTI
                                     Assistant Federal Defender
                                     Attorney for Defendant


**O R D E R**

THE COURT FINDS GOOD CAUSE FOR THE CONTINUANCE AND FOR THE EXCLUSION OF TIME ON THE GROUNDS STATED IN THE STIPULATION.

THE OFFER FROM THE GOVERNMENT MUST BE RECEIVED BY COUNSEL FOR THE DEFENDANT AT LEAST ONE WEEK BEFORE THE STATUS HEARING OF JULY 13, 2007.

IT IS SO ORDERED.

**Dated:   June 20, 2007**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE